United States Bankruptcy Court
District of Connecticut

Pacholyk,
    Plaintiff

Adv. Proc. No. 23-03017-amn

Manufacturers and Traders Trust Company,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdfdoc2 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Katherine Pacholyk, 62 Allison Drive, Madison, CT 06443-2174 |
| dft | + | Katy J Armenia, 23-192 Woodland Road, Madison, CT 06443-2315 |
| dft | + | Manufacturers and Traders Trust Company, 850 Main Street, Bridgeport, CT 06604-4917 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023      Signature:      /s/Gustava Winters

**File an Order :**

23-03017 Pacholyk v. Manufacturers and Traders Trust Company et al
Type: ap                    Office: 3 (New Haven)           Judge: amn
Lead Case: 3-23-bk-30142

# U.S. Bankruptcy Court

# District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office zaz entered on 12/28/2023 at 3:01 PM EST and filed on 12/28/2023
**Case Name:**         Pacholyk v. Manufacturers and Traders Trust Company et al
**Case Number:**       23-03017
**Document Number:** 3

**Docket Text:**
**SCHEDULING ORDER DIRECTING PAYMENT OF THE FILING FEE TO AVOID DISMISSAL:** On December 27, 2023, the plaintiff, Katherine Pacholyk, filed a complaint initiating this adversary proceeding. ECF No. 1. However, the plaintiff failed to pay the required filing fee of $350.00 pursuant to the schedule of fees prescribed by the Judicial Conference of the United States and 28 U.S.C. § 1930. The filing fee is not subject to deferment. Accordingly, it is hereby
**ORDERED:** On or before 4:00 p.m. on January 5, 2024, the required filing fee shall be paid; and it is further
**ORDERED:** The failure to pay the required filing fee may result in dismissal of this adversary proceeding without further notice or hearing. On or before December 28, 2023, the Clerk's Office shall serve this Order on Katherine Pacholyk the Pro Se filer/litigant, via first class mail to the address listed on the Pro Se filer/litigant's pleading filed in the adversary. (Re:)[1]). Signed by Chief Judge Ann M. Nevins on December 28, 2023. (zaz)

The following document(s) are associated with this transaction:

**23-03017 Notice will be electronically mailed to:**


**23-03017 Notice will not be electronically mailed to:**

Katy J Armenia
23-192 Woodland Road
Madison, CT 06443

Manufacturers and Traders Trust Company
850 Main Street
Bridgeport, CT 06604

Katherine Pacholyk
62 Allison Drive
Madison, CT 06443