| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Tuesday, March 12, 2024 3:40 PM |
| **To:** | CTBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, District of Connecticut - Returned Mail Notice, In re: , Case Number: 23-03017, amn, Ref: [p-209398317] |
| **Attachments:** | R_P32303017pdfdoc20052.PDF |

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

March 12, 2024

From: The Bankruptcy Noticing Center

Re:   Returned Mail Notice - Adversary Proceeding

In re: Pacholyk, Plaintiff
       Manufacturers and Traders Trust Company, Defendant
       Adv. Proc. No. 23-03017 amn

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Katherine Pacholyk
62 Allison Drive
Madison, CT 06443-2174

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.